Submitted on record and appellant's brief July 13, reversed and remanded
August 2, 1976

STATE OF OREGON, *Respondent,*

*v.*

ROBERT STEVEN GUNBERG, aka
ROBERT HAROLD HANSON, *Appellant.*

(No. C 74-12-3854 Cr, CA 6094)

552 P2d 268

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, filed the brief for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

Counsel have stipulated:

"It appearing to counsel for appellant and respondent herein that defendant-appellant's sentence as a dangerous offender is erroneous, in that the judgment order herein imposes an additional sentence for being a dangerous offender, instead of enhancing the sentence for the underlying offenses:

"IT IS HEREBY STIPULATED between counsel for appellant and respondent that the judgment herein should be vacated and the cause remanded for resentencing."

Reversed and remanded.